# EXHIBIT B

COMMONWEALTH OF KENTUCKY
32ND JUDICIAL CIRCUIT
BOYD CIRCUIT COURT, CIVIL DIVISION

| | |
|---|---|
| BRENDA GRAVES,<br><br>             Plaintiff,<br><br>vs.<br><br>G4S SECURE SOLUTIONS (USA) INC.<br>and<br>CYNTHIA DEHART,<br><br>             Defendants. | )<br>)<br>)<br>)<br>)  CIVIL ACTION NO.:<br>)  17-CI-00676<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF FILING OF NOTICE OF REMOVAL

Consistent with 28 U.S.C. § 1446(d), notice is given that, on October 18, 2017, Defendants G4S Secure Solutions (USA) Inc. and Cynthia DeHart filed a Notice of Removal in the United States District Court for the Eastern District of Kentucky, Ashland Division to remove the above-captioned matter from this Court to the United States District Court for the Eastern District of Kentucky, Ashland Division. Attached as Exhibit A is a true and correct copy of the Notice of Removal.

This 18th day of October, 2017.

Respectfully Submitted,

*/s/ Brantley C. Rowlen*
Brantley C. Rowlen
Kentucky Bar No. 93995
Counsel for Defendants
G4S Secure Solutions (USA), Inc.

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
1180 Peachtree Street NE
Suite 2900
Atlanta, GA 30309
Telephone: 404-348-8576
Fax: 404-467-8845
Email: Brantley.Rowlen@lewisbrisbois.com

4812-2762-2481.1

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this **NOTICE OF FILING OF NOTICE OF REMOVAL** was served via Federal Express on all counsel or parties of record.

> Jeremiah W. Reece, Esq.
> Soha T. Saiyed, Esq.
> Abney & McCarty, PLLC
> 2950 Breckenridge Lane
> Suite 13
> Louisville, Kentucky 40220
> Email: jeremiah@amkylaw.com
> Email: soha@amkylaw.com

This 18th day of October, 2017.

> /s/ Brantley C. Rowlen
> Brantley C. Rowlen
> Kentucky Bar No. 93995
> Counsel for Defendants
> G4S Secure Solutions (USA), Inc.

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
1180 Peachtree Street NE
Suite 2900
Atlanta, GA 30309
Telephone: 404-348-8576
Fax: 404-467-8845
Email: Brantley.Rowlen@lewisbrisbois.com